**Mercy OLUMOYA, Plaintiff—Appellant,**

v.

**PRINCE GEORGE'S COUNTY PUBLIC SCHOOLS, Defendant—Appellee.**

No. 10–1020.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 26, 2010.

Decided: Aug. 31, 2010.

Mercy Olumoya, Appellant Pro Se.
Robert Judah Baror, Abbey G. Hairston,
Linda Hitt Thatcher, Thatcher Law Firm,
Greenbelt, Maryland, for Appellee.

Before KING and DUNCAN, Circuit
Judges, and HAMILTON, Senior Circuit
Judge.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Mercy Olumoya seeks to appeal the dis-
trict court's order granting defendant's
motion for summary judgment on her em-
ployment discrimination claims. We dis-
miss the appeal for lack of jurisdiction
because the notice of appeal was not timely
filed.

Parties are accorded thirty days after
the entry of the district court's final judg-
ment or order to note an appeal, Fed.
R.App. P. 4(a)(1)(A), unless the district
court extends the appeal period under
Fed. R.App. P. 4(a)(5), or reopens the ap-
peal period under Fed. R.App. P. 4(a)(6).
"[T]he timely filing of a notice of appeal in
a civil case is a jurisdictional requirement."
*Bowles v. Russell*, 551 U.S. 205, 214, 127
S.Ct. 2360, 168 L.Ed.2d 96 (2007).

The district court's order was entered
on the docket on September 21, 2009. The
notice of appeal was filed on December 30,
2009. Because Olumoya failed to file a
timely notice of appeal or to obtain an
extension or reopening of the appeal peri-
od, we dismiss the appeal. We dispense
with oral argument because the facts and
legal contentions are adequately presented
in the materials before the court and argu-
ment would not aid the decisional process.

*DISMISSED.*